McCORMICK v. BURKE. From Robeson. Dismissed under Rule 17.

McKINNON v. RAILROAD. From Robeson. Dismissed under Rule 17.

HOBGOOD v. MATCH Co.; TRUST Co. v. BATTLE, and TRUST Co. v. BENBOW. From Guilford. Dismissed under Rule 17.

MILLING Co. v. COLTRANE. From Cabarrus. Compromised and dismissed by consent.

BURGE v. TEL. Co. From McDowell. Settled.

CHEDESTER v. MOORE. From Buncombe. Dismissed under Rule 17.

QUEEN v. COOPER. From Haywood. Dismissed under Rule 17.